RECEIVED AUG 28 2018 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

MEMO ENDORSED

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 10/3/18

8-21-18

Dear Judge Berman,

I, Louis Daidone, was convicted by a jury in your courtroom where you presided in 2004. I have been incarcerated for nearly 15 years and I am without financial means to submit a 2255 motion which I believe is appropriate and possesses meritorious issues to wit; it has come to my attention that a witness produced by the government, one, Frank Gioia, testified in other proceedings and was debriefed on many occasions, however the government failed to turn over that material.

Therefore, at this time I am respectfully requesting that you assign the Federal Defenders Panel to assist in perfecting this motion. I fully understand and agree that Your Honor's granting of this assignment in no way affects the merits of this matter. I await your assignment so that I may pursue my ability to file the motion which I believe I am entitled to do.

Respectfully submitted,

Louis Daidone

Re: UNITED STATES OF AMERICA v. LOUIS DAIDONE
02 CR 01584

Application is denied without prejudice. See Order dated 9/24/18.

SO ORDERED:
Date: 10/3/18
Richard M. Berman, U.S.D.J.