A-Z Topics    Site Map    FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# COVID-19
## Coronavirus

The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public.

### COVID-19 Modified Operations Plan & Matrix

## Modified Operational Levels

Institution operational levels (Level 1, Level 2, or Level 3) are based on the facilities' COVID-19 medical isolation rate, combined percentage of staff and inmate completed vaccinations series, and their respective county transmission rates. At each level, an infection prevention procedure or modification to operations such as inmate programming and services may be made to mitigate the risk and spread of COVID-19 in accordance with BOP pandemic guidance. BOP pandemic guidance follows and integrates guidance and direction from CDC, OSHA, DOJ, and established medical best practices.

### 0
### Level 1 Facilities



Minimal Modifications

### 0
### Level 2 Facilities



Moderate Modifications

### 98
### Level 3 Facilities

Cited in USA v. Daidone
02Cr.584 Decided 2/14/22
Archived on 2/22/22
This document is protected by copyright.
Further reproductions prohibited without permission.

Learn more about the Operational Levels and view individual facility stats +

## COVID-19 Vaccine Implementation

The Bureau of Prisons (BOP) is working with the Centers for Disease Control and Prevention (CDC) and the Federal Government's COVID-19 Vaccine/Therapeutics Operation (formerly known as Operation Warp Speed), to ensure the BOP administers the COVID-19 vaccine in accordance with available guidance. The BOP has received 327,742 doses and administered 297,835 doses of the COVID-19 vaccine.

**Total Doses Distributed**
327,742

**Total Doses Administered**
297,835

Learn more about vaccinations and view individual facility stats +

## COVID-19 Cases

Cited in US v Daidone
02Cr1584 Decided 2/14/22
Archived on 2/22/22
This document is protected by copyright.
Further reproduction prohibited without permission.

Loading data ...

# COVID-19 Inmate Test Information

## Completed Tests
## 128,907
Number of inmates who have completed testing.

## Pending Tests
## 136
Number of inmates with pending tests and no previous completed test.

## Positive Tests
## 55,555
Number of inmates that have ever had a positive test.

*Cited in US v Daidone 02Cr1584 Decided 2/14/22*
*Archived on 2/22/22*
*This document is protected by copyright.*
*Further reproduction is prohibited without permission.*

Learn more about the data and view individual facility stats +

# COVID-19 Home Confinement Information

Given the surge in positive cases at select sites and in response to the Attorney General Barr's directives, the BOP began immediately reviewing all inmates who have COVID-19 risk factors, as described by the CDC, to determine which inmates are suitable for home confinement. Since the release of the Attorney General's original memo to the Bureau of Prisons on March 26, 2020 instructing us to prioritize home confinement as an appropriate response to the COVID-19 pandemic, the BOP has significantly increased its placement of offenders on home confinement. Currently, the BOP has --- inmates on home confinement. The total number of inmates placed in home confinement from March 26, 2020 to the present (including inmates who have completed service of their sentence) is ---.

COVID-19 Home Confinement Information Frequently Asked Questions

## BOP's Emergency Response

Every institution is like a small city and to cope with major emergencies or other significant interruptions of normal operations, they each have continuity of operations (COOP) plans that provide guidance to staff.

Learn More

## BOP's COVID-19 Response

The BOP's COVID planning is structured using the Incident Command System (ICS) framework and guidance and directives from the Centers for Disease Control (CDC), DOJ and federal partners, as well as the agency's Pandemic Influenza Plan.

Learn More

Cited in US v Daidone
02Cr1584 Decided 2/14/22
Archived on 2/22/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

## BOP's COVID-19 Collaboration Efforts

BOP PHS Officers were deployed for national travel-related screening at airports and NIC is sharing BOP-related guidance with state and local corrections.

Learn More

## Coronavirus.gov

The primary lane of information for the public regarding Coronavirus (COVID-19) is a portal for public information published by the Coronavirus (COVID-19) Task Force at the White House, working in conjunction with CDC, HHS and other agency stakeholders.

Go to coronavirus.gov

## CDC.gov

The Centers for Disease Control and Prevention (CDC) has established a resource portal on CDC.gov with the latest information from CDC and the overarching medical community on COVID-19.

Go to cdc.gov

## USA.gov

To learn about international and domestic travel restrictions, health and safety information, and U.S. government websites for COVID-19 information, visit https://www.usa.gov/coronavirus

Go to usa.gov/coronavirus

## Resources

- Correcting Myths and Misinformation About the BOP and COVID-19
- COVID-19 Staff/Contractor/Visitor Screening Tool
- COVID-19 Inmate Screening Tool

Cited in US v Daidone 02Cr1584. Decided 2/14/22. Archived on 2/22/22. This document is protected by copyright. Further reproduction is prohibited without permission.

- Coronavirus (COVID-19) Precautions/Modified Operations for Residential Reentry Centers.
- Coronavirus (COVID-19) Religious Accommodations
- Coronavirus(COVID-19) Resumption of Normal RRC Operations

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Application Process
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Stories
Press Releases
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Federal Executions
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

Cited in US v Daidone
02Cr1584 Decided 2/14/22
Archived on 2/22/22
This document is protected by copyright.
Further reproduction is prohibited without permission.